**FILED**

**NOV 23 2015**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Name: MICHAEL C. JOHNSON
2  XREF: AW-8851
3  In Pro Per

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No. C-15-2207 WHA (PR)

MICHAEL C. JOHNSON ) First AMENDED
                   ) COMPLAINT
       -Vs.-       )
                   )
CHI LEE; MARIO GUZMAN, et,al )

PURSUANT TO FERDIK v. BONZELET, 963 F.2d. 1258, 1258, (9th Cir. 1992) PLAINTIFF MUST INCLUDE IN THIS FIRST CLAIM herein with the FIRST AMENDED COMPLAINT ARE THEREIN.

The First Claim herein with Like force and effect that on or about December 27, 2012 Officer Chi Lee; and Officer Mario Guzman were on duty and responded to a domestic dispute.

Chi Lee; and Mario Guzman arrived drew their weapons, shooting (me) Plaintiff in the Left arm first.

There was a weapon in Plaintiff's Left hand at the point when Chi Lee; and Mario Guzman first open fire upon Plaintiff. The first shot hit Plaintiff in his Left arm causing the object

TO FALL FROM PLAINTIFF'S HAND.

PLAINTIFF WAS subsequently SHOT MORE THAN FOUR TIMES ABOVE THE WAIST WITHOUT NO GUN IN HIS HAND. WHich then caused Plaintiff TO FALL TOO HIS KNEES. AS PLAINTIFF FAIL, HE MADE CONTACT WITH THE LEFT SIDE OF HIS FACE AND EYE ON THE CONcrete.

PLAINTIFF HAS SUFFERED A LOSS OF VISION IN HIS LEFT EYE, EYE SURGEONS DETERMINE THAT PLAINTIFF'S LEFT EYE LOSS OF SIGHT AND IS BLIND AND THAT SURGERY WILL NOT RESTORE PLAINTIFF'S VISION.

DUE TO THE TRAMA THAT PLAINTIFF SUFFERED BY THE HANDS OF CHI LEE; AND MARIO GUZMAN'S Multiple gun shots.

Plaintiff went under LIFE THREATENING SURGERY. PLAINTIFF HOSPITAL STAY WAS Approximately three (3) MONTHS.

PLAINTIFF HAS BEEN IN PHYSICAL THERAPY FOR TWO (2) YEARS AND ELEVEN (11) MONTHS.

PLAINTIFF'S progress HAS BEEN EXTREMELY A PAINFUL ORDEAL BY MEANS OF POSSIBLY FROM WHEELCHAIR TO AMBULATE ON A WALKER AND possibly A WALKING CANE.

PLAINTIFF'S LEFT ARM WAS evaluate BY SPECIALIST WHO HAS DIANOSED THE DAMAGE FROM CHI LEE'S; AND

1. MARIO GUZMAN'S GUN SHOT TO THE LEFT ARM WILL
2. REQUIRE THAT THE LEFT ARM BE BROKEN DURING
3. SURGERY AND RE-ALIGN / RESET BECAUSE THE
4. DEFORMITY DURING HEALING PROCESS.

## CONCLUSION

Plaintiff's prays that this Honorable COURT GRANT the opportunity to be heard in A Jury Trial. Defendants' et., al takes none. And that this Court award Plaintiff for the damages Asked for 9,000,000.00

Respectfully yours, Michael Johnson

November 18th, 2015                    Michael C. Johnson