IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>EL CERRITO POLICE DEPARTMENT, CHI LEE, and MARIO GUZMAN<br><br>Defendants.<br>                                                             / | No. C 15-02207 WHA<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION** |

An order denied defendants' motion for summary judgment and stayed the case pending until four weeks from the date an attorney was appointed to represent plaintiff (Dkt. No. 36). Plaintiff was appointed counsel on October 6 (Dkt. No. 37). The case remains stayed, so defendants' motion for leave to file a motion for reconsideration is **DENIED**. This is without prejudice to whether such a motion will be entertained once the stay is lifted.

Defendants should note, however, that if reconsideration is later granted, the Court would likely give plaintiff, who had been proceeding *pro se*, the opportunity to file a supplemental opposition with a sworn declaration now that he has counsel.

Finally, this matter is hereby **REFERRED** to a randomly-assigned magistrate judge for mediation.

**IT IS SO ORDERED.**

Dated: October 17, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE