1  LATHAM & WATKINS LLP
     Melanie Blunschi, Bar No. 234264
2    Whitney L. Weber, Bar No. 281160
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
4  Facsimile: +1.415.395.8095
   *Melanie.Blunschi@lw.com*
5  *Whitney.Weber@lw.com*

6  LATHAM & WATKINS LLP
     Reuben J. Stob, Bar No. 281303
7  140 Scott Drive
   Menlo Park, CA 94025-1008
8  Telephone: +1.650.328.4600
   Facsimile: +1.650.463.2600
9  *Reuben.Stob@lw.com*

10 Attorneys for Plaintiff
   MICHAEL C. JOHNSON
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MICHAEL C. JOHNSON, | CASE NO. 3:15-cv-02207-WHA |
|---|---|
| Plaintiff, | **APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND [PROPOSED] ORDER** |
| v. | |
| EL CERRITO POLICE DEPARTMENT, CHI LEE, and MARIO GUZMAN, | Settlement Conference: May 19, 2017 Time: 9:30 am |
| Defendants. | Place: Courtroom E, 15th Floor Judge: The Honorable Elizabeth D. Laporte |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLICATION FOR WRIT OF HABEAS CORPUS
AD TESTIFICANDUM AND [PROPOSED] ORDER
CASE NO. 3:15-CV-02207-WHA

**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To the Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United States District Court for the Northern District of California:

Undersigned counsel respectfully requests that the Court issue a Writ of Habeas Corpus Ad Testificandum for the prisoner Michael Christopher Johnson, the Plaintiff in this action, whose place of custody and jailor are set forth in the requested Writ, attached hereto. Mr. Johnson's appearance is necessary on May 19, 2017 at 9:30 am before the Honorable Elizabeth D. Laporte, so that he may participate in the settlement conference scheduled for that date. As the Court's Settlement Conference Order makes clear, personal attendance by the parties is mandatory at the conference. (Dkt. No. 55 at 5.)

Dated: May 5, 2017

LATHAM & WATKINS LLP

By /s/ Whitney B. Weber

Melanie Blunschi
Whitney B. Weber
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Fax: 415.395.8095

Reuben J. Stob
14 Scott Drive
Menlo Park, CA 94025-1008
Telephone: 650.328.4600
Fax: 650.463.2600

*Attorneys for Plaintiff MICHAEL C. JOHNSON*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   APPLICATION FOR WRIT OF HABEAS CORPUS
AD TESTIFICANDUM AND [PROPOSED] ORDER
CASE NO. 3:15-CV-02207-WHA

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Good cause appearing therefor:

IT IS HEREBY ORDERED that the California Department of Corrections shall produce Michael Christopher Johnson (date of birth: 6/21/1964; CDCR # AW8851), a state prison inmate currently housed at the California Substance Abuse Treatment Facility and State Prison, 900 Quebec Avenue, Corcoran, CA 93212, for personal appearance at a court-mandated settlement conference on May 19, 2017 at 9:30 am before the Honorable Elizabeth D. Laporte in Courtroom E, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS FURTHER ORDERED that the California Department of Corrections shall return the inmate to the California Substance Abuse Treatment Facility when his presence is no longer required.

Dated: May 8, 2017

ELIZABETH D. LAPORTE
United States Magistrate Judge