1
2
3
4
5
6   IN THE UNITED STATES DISTRICT COURT
7
8   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  MICHAEL C. JOHNSON,
11          Plaintiff,                       No. C 15-02207 WHA
12      v.
13  EL CERRITO POLICE DEPARTMENT,            **REMINDER NOTICE
    CHI LEE, and MARIO GUZMAN,               OF UPCOMING TRIAL
14                                           AND FINAL PRETRIAL
                                             CONFERENCE**
15          Defendants.
                                        /
16

This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL CONFERENCE** on **NOVEMBER 1, 2017**, at **2:00 P.M.**, with a **JURY TRIAL** on **NOVEMBER 13, 2017**. Please consult the existing case management order and review and follow all standing guidelines and orders of the undersigned for civil cases on the Court's website at http://www.cand.uscourts.gov. Continuances will rarely be granted.

The final pretrial conference will be an important event, for it will be there that the shape of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit mechanics. Lead trial counsel must attend.

To avoid any misunderstanding with respect to the final pretrial conference and trial, the Court wishes to emphasize that all filings and appearances must be made — on pain of dismissal, default or other sanction — unless and until a dismissal fully resolving the case is received. It will not be enough to inform the clerk that a settlement in principle has been

reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case.  Where, however, a fully-executed and unconditional settlement agreement clearly and fully disposing of the entire case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial act remains, the Court will arrange a status conference to work out an alternate procedure pending a formal dismissal.

Please state whether the Court can be of further ADR assistance (but avoid stating offers, counteroffers or dollar amounts).

The Court strongly encourages attorneys with fewer than four years of experience to take witnesses and to be an important part of the trial so as to train the next generation of trial lawyers.

Dated:  October 23, 2017.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE