LATHAM & WATKINS LLP
Melanie Blunschi, Bar No. 234264
Whitney B. Weber, Bar No. 281160
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*Melanie.Blunschi@lw.com*
*Whitney.Weber@lw.com*

Reuben J. Stob, Bar No. 281303
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*Reuben.Stob@lw.com*

Attorneys for Plaintiff
MICHAEL C. JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL C. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>EL CERRITO POLICE DEPARTMENT, CHI LEE, and MARIO GUZMAN<br><br>Defendants. | CASE NO. 3:15-cv-02207-WHA<br><br>[PROPOSED] **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SET COMPLIANCE HEARING**<br><br>Judge: The Honorable William Alsup<br>Courtroom: 9 |

On October 25, 2017, the parties in the above-captioned matter filed a stipulation and proposed order to vacate the November 1, 2017 Final Pretrial Conference and November 13, 2017 trial date, as the parties have reached an enforceable settlement that will dispose of the entirety of the action. The Court finds that good cause exists to vacate the Final Pretrial Conference and the trial date, and orders as follows:

1. The November 1, 2017 Final Pretrial Conference is vacated;
2. The November 13, 2017 trial date is vacated;
3. A compliance hearing shall be held on March  1 , 2018, at 8:00 a.m., in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a stipulated Order to dismiss the above-captioned action, following the execution of a stipulation and memorandum memorializing the settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: October 26, 2017        By: _____
                    JUDGE WILLIAM H. ALSUP
                    UNITED STATES DISTRICT JUDGE